Esquire, Assistant U.S., Matthew H. Thomas, Assistant U.S., Seattle, WA, for Plaintiff–Appellee.

Thomas Michael Kummerow, Washington Appellate Project, Seattle, WA, for Defendant–Appellant.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Nelson Villegas Martinez appeals from his guilty-plea conviction and 60–month sentence for conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Villegas Martinez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Villegas Martinez's conviction. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Counsel's motion to withdraw is **GRANTED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The conviction is **AFFIRMED,** and the appeal of the sentence is **DISMISSED.**

UNITED STATES of America, Plaintiff–Appellee,

v.

Clemente MALDONADO–JULIAN, a.k.a. Adolfo Bernabe, a.k.a. Marcial Clemente, Defendant–Appellant.

No. 11–50064.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 24, 2012.

Meghan Annette Blanco, Assistant U.S. Attorney, Curtis Arthur Kin, Esquire, Assistant U.S., Attorney, Office of U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Clemente Maldonado–Julian, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

538

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM \*\*

Clemente Maldonado–Julian appeals from his guilty-plea conviction and 30–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Maldonado–Julian's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Maldonado–Julian waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary. He also waived the right to appeal his sentence, with the exception of the court's calculation of his criminal history category. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Maldonado–Julian's plea or the criminal history category calculated by the court. We therefore affirm as to those issues. We dismiss the remainder of the appeal in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

AFFIRMED in part; DISMISSED in part.

\*\* This disposition is not appropriate for publication and is not precedent except as provid-